IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA BREWINGTON<br>    Plaintiff<br><br>v.<br><br>DOLLAR GENERAL AND DOLLAR GENERAL CORPORATION AND DOLGENCORP, LLC AND DOLLAR GENERAL, INC. AND JERMAINE MORGAN AND FRED BROWN<br>    Defendants | CASE 2:19-CV-00377-NIQA |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule Civil Procedure 41; It is hereby stipulated and agreed among counsel for Plaintiff Regina Brewington and counsel for Defendants Dolgencorp, LLC (incorrectly identified as Dollar General, Dollar General Corporation and Dollar General, Inc.), Jermaine Morgan and Fred Brown that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE** as to all parties and without costs to any party.

By: _____
    Bentley M. Saul
    Attorney for Plaintiff

Date: 9/5/19

PISANO LAW FIRM

By: _____
    Matthew T. Pisano, Esquire
    Attorney for Defendants

Date: _____

IT IS SO ORDERED

_____
U.S.D.J.